# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

v.                                              Case No. 2:95-cr-13-FtM-29DNF

**GREGORY PAUL SUMMERS**

---

## REVOCATION OF SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

On December 1, 1995, Gregory Paul Summers appeared before the Court for the charge of Conspiracy to Possess with Intent to Distribute a Cocaine and received a sentence imposing 160 Months' incarceration and a period of supervised release of Five Years.

On November 9, 2006, the defendant, Gregory Paul Summers, appeared before the Court with counsel Frank Zaremba and counsel for the government, Doug Molloy. After being advised of his rights, the defendant admitted violations one and two alleged in the Petition (Doc. #175) filed by Probation on January 11, 2006. Violation three was dismissed on the motion of the United States.

The Court finds, after hearing from counsel and the defendant, that the defendant has violated the terms of the Supervised Release for the reasons stated in the Petition.

It is, therefore, **ORDERED AND ADJUDGED:**

**The Petition (Doc. # 175) is GRANTED.**

1. Supervised Release is **REVOKED** and the defendan**GREGORY PAUL SUMMERS** is hereby committed to the custody of the Bureau of Prisons for **IMPRISONMENT** for a period of **51 Months** .

2. **Supervised Release** is not reimposed.

3. The defendant is hereby **REMANDED** to the custody of the United States Marshal Service to await designation of the facility.

4. The Court makes the following recommendations to the Bureau of Prisons:

   1. Participation in the Intensive 500 Hour Intensive Drug Treatment Program.

   2. Participation in educational and vocational programs available.

   3. Incarceration in the facility in Jessup, Georgia.

It is further **ORDERED** that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

**DONE** and **ORDERED** at Fort Myers, Florida this 9th day of November, 2006.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record